SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                           :

UNITED STATES OF AMERICA
                                           :

    -against-                       :    <u>ORDER</u> 1:20-cr-00582-PAC-1
                                           :

Alberto Baez-Acevedo
                                           :

        Defendant
                                           :
------------------------------------X

Paul A. Crotty, United States District Judge:

    ORDERED that the defendant's bail be modified from home detention to curfew enforced by location monitoring (hours determined by Pretrial Services). In addition, the bail conditions are modified to include mental health evaluation and treatment as deemed appropriate by Pretrial Services.  All other release conditions shall remain in effect.

    Dated: New York, New York
          November <u> 16 </u>, 2020

                                                      SO ORDERED

                                                      _____
                                                      Paul A. Crotty
                                                      United States District Judge