# Milton H. Flórez, P.C.
## Attorney at Law

| TELEPHONE: | 40-50 JUNCTION BLVD, SUITE 1R | FACSIMILE: |
|---|---|---|
| (718) 685-0073 | CORONA, NY 11368 | (718) 685-0077 |

September 1, 2021

**VIA- ECF**
Honorable Judge Paul A. Crotty
United States District Judge
Southern District of New York
Daniel Patrick Moyniham
U.S. Courthouse
500 Pearl Street
New York, New York 10007

*[Handwritten note: The request(s) is granted. /s/ Paul Crotty]*

Re: <u>USA v. Alberto Baez Acevedo</u>
Indictment No.: 20-Cr-582 (PAC)
REQUEST TO ALLOW MR. ACEVEDO
TO RELOCATE TO THE DISTRICT OF
CONNECTICUT

Dear Honorable Judge Crotty:

I am writing to you to respectfully request permission to allow my client to relocate where he lives from the Southern District to the District of Connecticut, specifically 28 John Street, Bristol, Connecticut, 06010.

I have spoken to both Assistant U.S. Attorney Rushmi Bhaskaran, (212) 637-2439, and Pre-Trial Services Officer Francesca Piperato (646) 994-0101, and they have no objection to my request.

Thank you for your time and consideration.

Very truly yours,

Milton H. Flórez, Esq.

C.c.: Rushmi Bhaskaran
Assistant U.S. Attorney
Via-ECF

Francesca Piperato
Pre-Trial Services Officer
Via-Email: Francesca_piperato@nyspt.uscourts.gov