# Milton H. Flórez, P.C.
## Attorney at Law

TELEPHONE:
(718) 685-0073

40-50 JUNCTION BLVD. SUITE 1R
CORONA, NY 11368

FACSIMILE:
(718) 685-0077

November 21, 2021

*[Handwritten notation:]*
*11/23/2021*
*The matter is adjourned to 12/6/2021 at 3PM. Time is excluded until that date.*
*So ordered.*
*Paul Crotty USDJ*

**VIA- ECF**
Honorable Judge Paul A. Crotty
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
U.S. Courthouse
500 Pearl Street
New York, New York 10007

Re: USA v. Alberto Baez Acevedo
Indictment No.:   20-Cr-582 (PAC)
Next Court Date:   November 22, 2021
REQUEST TO WITHDRAW
DEFENDANT'S MOTION TO SUPPRESS

Dear Honorable Judge Crotty:

I am writing to you to respectfully notify the Court that I am withdrawing defendant's motion for a *Mapp* hearing and to request an adjournment for a change of plea. I have spoken to AUSA Rushmi Bhaskaran, who has no objection to my request.

As a result, I consent for the Court to exclude time from calculation under the Speedy Trial Act until the date of the next Court date.

Thank you for your time and consideration.

Very truly yours,

Milton H. Flórez, Esq.

C.c.:   Rushmi Bhaskaran
Assistant U.S. Attorney
Via-ECF