# Milton H. Flórez, P.C.
## Attorney at Law

TELEPHONE:
(718) 685-0073

40-50 JUNCTION BLVD. SUITE 1R
CORONA, NY 11368

FACSIMILE:
(718) 685-0077

September 19, 2022

VIA-ECF
Honorable Judge Paul A. Crotty
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
U.S. Courthouse
New York, New York 10007

*[Handwritten note: 9/21/2022 — The monitoring device may be removed as it impedes the MRI and therefore replaced. So ordered. Paul A. Crotty, U.S.D.J.]*

Re: USA v. Alberto Baez Acevedo
    Case No.:    20-Cr-582 (PAC)
    REQUEST TO REMOVE
    DEFENDANT'S ELECTRONIC ANKLE
    MONITORING DEVICE

Dear Honorable Judge Crotty:

I am writing this letter to respectfully request permission to allow Pre-Trial Services to remove my client's electronic ankle monitoring device.

I have spoken to AUSA Rushmi Bhaskaran and Pre-Trial Services Officer Alexandra Castillo and both have no objection to my request.

Thank you for your time and consideration.

Very truly yours,

Milton H. Florez, Esq.

C.c.: Rushmi Bhaskaran
      Assistant U.S. Attorney
      Via-ECF

      Alexandra Castillo
      US Pre-trial Services Officer
      Via-Email Alexandra_castillo@nysp.uscourts.gov