## LAW OFFICES OF
## MURRAY RICHMAN
*and Associates*

2027 Williamsbridge Rd., Bronx, NY 10461
Tel (718) 892-8588 | Fax (718) 518-0674
mrichman_mr@outlook.com

October 27, 2022

**VIA ECF**

The Honorable Paul A. Crotty
United States District Court for the
Southern District of New York
500 Pearl Street
New York, New York 11201

Re: *United States v. Alberto Baez-Acevedo*
1:20-cr-00582-PAC

Dear Judge Crotty:

I am the attorney for Alberto Baez-Acevedo, who was sentenced before Your Honor on September 8, 2022. He is scheduled to surrender to an institution designated by the Bureau of Prisons before 2 p.m. on November 14, 2022.

On behalf of Alberto Baez-Acevedo, I write to respectfully request the Court's approval to allow Mr. Acevedo to surrender sometime in mid-January. Mr. Acevedo is scheduled to undergo extensive orthopedic surgery on November 23, 2022. See attached letters. As long as it is not binding on the Bureau of Prisons, Mr. Acevedo would prefer to surrender to FCI Danbury in order to be close to home.

AUSA Rushmi Bhaskaran has been emailed regarding this request, but I haven't heard from him yet. Your time and consideration are greatly appreciated.

Respectfully submitted,

MURRAY RICHMAN

MR/cs

cc: AUSA Rushmi Bhaskaran (Via ECF)

11/2/2022
The surrender date is extended to January 16, 2023. SO ORDERED.

Paul A Crotty