*LAW OFFICES OF*
# MURRAY RICHMAN
*and Associates*

2027 Williamsbridge Rd., Bronx, NY 10461
Tel (718) 892-8588 | Fax (718) 518-0674
mrichman_mr@outlook.com

December 19, 2022

> Defendant's request is GRANTED. Defendant is now scheduled to surrender to an institution designated by the Bureau of Prisons before 2 p.m. on May 10, 2023.
> SO ORDERED
> Date: December 20, 2022
> /s/ Paul A. Crotty

**VIA ECF**

The Honorable Paul A. Crotty
United States District Court for the
Southern District of New York
500 Pearl Street
New York, New York 11201

Re: United States v. Alberto Baez-Acevedo
1:20-cr-00582-PAC

Dear Judge Crotty:

I am the attorney for Alberto Baez-Acevedo, who was sentenced before Your Honor on September 8, 2022. Mr. Baez-Acevedo is scheduled to surrender to an institution designated by the Bureau of Prisons before 2 p.m. on January 16, 2023. Mr. Baez-Acevedo has not been designated by the Bureau of Prisons.

I write to respectfully request the Court's approval to allow Mr. Baez-Acevedo to surrender sometime in mid-May 2023. I have attached a letter from his orthopaedic surgeon, Dr. Rozbruch, which states the reason for this request. I have communicated with AUSA Rushmi Bhaskaran, who has indicated no objection to this request.

Thank you for your time and consideration in this matter.

Respectfully submitted,

MURRAY RICHMAN

MR/cs

Attachment

cc: AUSA Rushmi Bhaskaran (Via ECF)