*LAW OFFICES OF*
# MURRAY RICHMAN
*and Associates*

2027 Williamsbridge Rd., Bronx, NY 10461
Tel (718) 892-8588 | Fax (718) 518-0674
mrichman_mr@outlook.com

April 20, 2023

*[Handwritten: 5/10/2023]*

*[Handwritten: The Court will put an extension of 60 days to July 20, 2023]*

*[Handwritten: So Ordered, Paul Crotty USDJ]*

<u>Via ECF</u>

The Honorable Paul A. Crotty
United States District Court for the
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: <u>***United States v. Alberto Baez-Acevedo***</u>
1:20-cr-00582-PAC

Dear Judge Crotty:

On December 19, 2022, Your Honor granted Mr. Baez-Acevedo an extension to surrender to the Bureau of Prisons on May 10, 2023. Mr. Baez-Acevedo has not been designated by the Bureau of Prisons.

I write again to respectfully request another extension for Mr. Baez-Acevedo to surrender to the Bureau of Prisons in January 2024. I have attached the latest letter from his orthopedic surgeon, Dr. Rozbruch, which states the reason for this request.

I have communicated with AUSA Rushmi Bhaskaran regarding this request, but have yet to receive a response.

Respectfully submitted,

MURRAY RICHMAN

MR/cs

Attachments

cc: AUSA Rushmi Bhaskaran (VIA ECF)