*LAW OFFICES OF*
## MURRAY RICHMAN
*and Associates*

2027 Williamsbridge Rd., Bronx, NY 10461
Tel (718) 892-8588 | Fax (718) 518-0674
mrichman_mr@outlook.com

December 11, 2023

**VIA ECF**

Hon. Paul A. Crotty
U.S. District Court Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

*[Handwritten: The requested adjournment is granted. So ordered. Paul A. Crotty USDJ]*

Re: *U.S. v. Baez-Acevedo*
1:20-cr-00582-PAC

Dear Judge Crotty,

We request a further adjournment of Mr. Baez-Acevedo's date to self-surrender to the Bureau of Prisons from January 5, 2024, to March 5, 2024. On July 27, 2023, the Court granted an adjournment of the surrender date to early January 2024 because of Mr. Baez-Acevedo's continuing medical issues.

As we have demonstrated in the past, there is an ongoing need for Mr. Baez-Acevedo to continue to receive medical care from his surgeon, Dr. S. Robert Rozbruch (see attached letter dated December 3, 2023). As Dr. Rozbruch noted in that letter:

> *Mr. Acevedo is scheduled to undergo orthopedic surgery on December 13, 2023. For safety of the procedure, it couldn't take place sooner. He will be limited by pain and mobility and will use a walker or wheelchair to ambulate. He will wean from the walker or wheelchair over the course of eight to ten weeks if tolerated. He will not be permitted to perform any unnecessary activities for eight to ten weeks, and may resume activities as tolerated thereafter.*