| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>------------------------------------------------------------ X<br>UNITED STATES OF AMERICA,<br>                  -against-<br>ALBERTO BAEZ-ACEVEDO,<br>                  Defendant.<br>------------------------------------------------------------ X | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: 6/2/2025<br><br>1:20-cr-582-GHW<br><br>ORDER |

GREGORY H. WOODS, United States District Judge:

On May 30, 2025, the Court received a letter from Mr. Baez-Acevedo requesting the appointment of a defense attorney to represent him. Dkt. No. 66. That request is denied because there are no ongoing proceedings in this case. On May 14, 2025, the Court received a letter directed to the Clerk of Court stating that Mr. Baez-Acevedo is interested in providing substantial assistance to take advantage of Rule 35. Dkt. No. 65. The Court does not respond to such requests. To the extent that Mr. Baez-Acevedo wishes to offer substantial assistance to the Government, he may wish to contact a federal prosecutor. Mr. Baez-Acevedo is reminded that his correspondence with the Court is presumptively placed on an electronic docket and can, therefore, be viewed by members of the public.

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444–45 (1962).

The Clerk of Court is directed to mail a copy of this order to Mr. Baez-Acevedo.

SO ORDERED.

Dated: June 2, 2025
New York, New York

                                                    GREGORY H. WOODS
                                                    United States District Judge