UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X

UNITED STATES OF AMERICA,        :

                  :

      -against-         :

                  :

ALBERTO BAEZ-ACEVEDO,     :         1:20-cr-582-GHW

                  :

           Defendant.   :          <u>ORDER</u>

-------------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/11/2026

GREGORY H. WOODS, United States District Judge:

On January 17, 2026, the Court issued an opinion denying an application for the issuance of a writ of *coram nobis* by Alberto Baez-Acevedo. Dkt. No. 70 (the "Order"). On February 2, 2026, Mr. Baez-Acevedo filed a document styled as a motion for clarification of the Order. Dkt. No. 71 (the "Clarification Request"). In his Clarification Request, Mr. Baez-Acevedo wrote the following:

> Defendant does not seek reconsideration through this motion, but respectfully requests clarification of the Court's ruling to ensure accurate implementation by the Bureau of Prisons.
>
> Specifically, clarification is requested as to whether the Court found that:
>
> 1. The two-level enhancement under U.S.S.G. §2D1.1(b)(1) was supported by a sufficient factual nexus between the firearm and the offense conduct; or
>
> 2. The enhancement was upheld solely as a discretionary sentencing determination notwithstanding the dismissal of the gun charge.

*Id.* at 1.

To respond to the Request for Clarification, the Court did neither. The Court denied Mr. Baez-Acevedo's petition for *coram nobis* relief. The Order speaks for itself. The Order contains no instructions that the Bureau of Prisons is required to implement.

Separately, on February 6, 2026, another petition for *coram nobis* relief was filed on the docket of this Court. Dkt. No. 72 (the "Duplicate Petition"). That petition may have been initially directed

to the Second Circuit Court of Appeals, as the document bears a stamp showing that it was received by that court on February 3, 2026.  The Duplicate Petition is based on alleged errors in the pre-sentence investigation report.  It does not raise substantial arguments that were not addressed by the Court in its prior Order responding to Mr. Baez-Acevedo's earlier petition to this Court.  The Duplicate Petition is, therefore, denied for the same reasons set forth in the Order.

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal.  *See Coppedge v. United States*, 369 U.S. 438, 444–45 (1962).

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 71 and to mail a copy of this order to Mr. Baez-Acevedo.

SO ORDERED.

Dated: February 11, 2026
New York, New York

_____
GREGORY H. WOODS
United States District Judge

2